

**Fox Rothschild LLP**
ATTORNEYS AT LAW

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940

www.foxrothschild.com

JASON B. JENDREWSKI
Direct Dial: 212-878-7952
Email Address: JJendrewski@FoxRothschild.com

November 14, 2019

**MEMO ENDORSED**

> **Application GRANTED.** The November 21, 2019 ICMC is hereby adjourned to December 12, 2019 at 11:30 am. The parties' Rule 26(f) Report and Proposed Case Management Plan shall be filed by December 5, 2019.
>
> **SO ORDERED.**
>
> _____
> Ona T. Wang          11/14/19
> U.S. Magistrate Judge

**VIA ECF**
The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Lawrence Young v. 44 Lamb LLC* (1:19-cv-08432) (PAE) (OTW)
<u>Request for Adjournment of Initial Pretrial Conference</u>

Dear Judge Wang:

We represent defendant 44 Lamb LLC ("Defendant") in the above-referenced matter. On behalf of Defendant and plaintiff Lawrence Young ("Plaintiff"), we respectfully request an adjournment of the Initial Pretrial Conference. The reason for the request is that Defendant's response to the Complaint is not due until December 10, 2019, and the parties are engaged in discussions regarding the possible resolution of all claims. The parties believe that the prospect of resolution would be aided if the parties could conclude their discussions prior to appearing in Court and setting a discovery schedule.

This joint application is the parties' first request for an adjournment of the Initial Pretrial Conference. The Initial Pretrial Conference currently is scheduled to take place on November 21, 2019. If granted, the parties would appear for the Initial Pretrial Conference on a date that is convenient for the Court on or after December 10, 2019. Per this Court's Individual Practices, the parties are available on December 10, 2019, December 12, 2019, and December 20, 2019. The requested adjournment would not affect any other scheduled dates, except for the deadline for the parties to submit their Report of Rule 26(f) Meeting and Proposed Case Management Plan.

We thank the Court for its consideration of our joint request.

Respectfully submitted,

*/s/ Jason B. Jendrewski*

Jason B. Jendrewski

cc: Darryn G. Solotoff, Esq. (*via* ECF)

Active\105081726.v2